IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD ORTEZ-LUCERO,** | Case No. 2:18-cv-2982-KJM-EFB |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **SHAWN HATTON,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before February 19, 2019.

Dated: January 18, 2019.

_____
The Honorable Edmund F. Brennan